The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK FRANCIS COLACURCIO, JR., <br><br> Defendant. | NO. 2:09-cr-00209-RAJ <br><br> **FINAL ORDER OF FORFEITURE OF SUBSTITUTE ASSETS** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture of Substitute Assets (the "Motion") for the following property (the "Subject Funds"):

- $19,608 in U.S. funds, which were Defendant Frank Francis Colacurcio Jr.'s share of proceeds resulting from the City of Poulsbo's acquisition of real property and a temporary easement in Kitsap County, Washington.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture of Substitute Assets is appropriate because:

- On June 13, 2024, the Court entered a Preliminary Order of Forfeiture of Substitute Assets finding the Subject Funds forfeitable pursuant to 21 U.S.C. § 853(p) and forfeiting Defendant's interest in them (Dkt. No. 365);

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 366);

FINAL ORDER OF FORFEITURE OF SUBSTITUTE ASSETS - 1
*United States v. Colacurcio*; 2:09-cr-00209-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States provided direct notice to six potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture of Substitute Assets, ¶ 2, Exhibits A – F);
- One potential claimant filed a third-party petition (Dkt. No. 368), which this Court has dismissed (Dkt. No. 374); and
- None of the other five claimants filed a claim to the Subject Funds, and the time for filing third-party claims has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Funds exists in any party other than the United States;

2. The Subject Funds are fully and finally condemned and forfeited, in their entirety, to the United States as substitute assets;

3. A credit in the amount of the Subject Funds shall be applied to Defendant Frank Francis Colacurcio Jr.'s outstanding forfeiture money judgment; and

4. The United States Department of Justice, the Federal Bureau of Investigation, the United States Marshals Service, and/or their representatives, are authorized to dispose of the Subject Funds as permitted by governing law.

IT IS SO ORDERED.

DATED this 18th day of March, 2025.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE OF SUBSTITUTE ASSETS - 2
*United States v. Colacurcio*; 2:09-cr-00209-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970