The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANK FRANCIS COLACURCIO, JR.,<br>Defendant. | NO. 2:09-cr-00209-RAJ<br><br>**FINAL ORDER OF FORFEITURE OF SUBJECT FUNDS AS SUBSTITUTE ASSETS** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture of Subject Funds as Substitute Assets (the "Motion"), seeking to forfeit to the United States, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e)(1)(B) and 32.2(e)(2), approximately $1,280,392 in U.S. funds (the "Subject Funds"), in order to satisfy Defendant Frank Francis Colacurcio Jr.'s outstanding forfeiture judgment in the amount of $1,280,392. The Subject Funds are further described as approximately $.50 received by the United States Marshals Service (USMS) on May 21, 2024, and approximately $1,280,391.50 received by the USMS on May 6, 2026, as further discussed below.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture of Subject Funds as Substitute Assets is appropriate because:

- On June 4, 2026, the Court entered a Preliminary Order of Forfeiture of Subject Funds as Substitute Assets finding the Subject Funds forfeitable pursuant to 21 U.S.C. § 853(p) and forfeiting Defendant's interest in them (Dkt. No. 386);
- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 388);
- The United States provided direct notice to six potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture of Subject Funds as Substitute Assets, ¶¶ 2-8, Attachments A – F); and
- The time period for filing third-party clams has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Funds exists in any party other than the United States;

2. The Subject Funds are fully and finally condemned and forfeited, in their entirety, to the United States as substitute assets;

3. A credit in the amount of the Subject Funds shall be applied to Defendant Frank Francis Colacurcio Jr.'s outstanding forfeiture money judgment; and

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The United States Department of Justice, the Federal Bureau of Investigation, the United States Marshals Service, and/or their representatives, are authorized to dispose of the Subject Funds as permitted by governing law.

IT IS SO ORDERED.

DATED this 8th day of September, 2026.

The Honorable Richard A. Jones
United States District Judge

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov